UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ANGEL RODRIGUEZ,

        Petitioner,

v.

DAVID J. EBBERT,

        Respondent.

CIVIL ACTION NO. 3:15-CV-1815

(Judge Kosik)

**FILED SCRANTON**
JUN 2 0 2016
Per_____ DEPUTY CLERK

## ORDER

AND NOW, THIS 20th DAY OF JUNE, 2016, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation (Doc. 11) of Magistrate Judge Martin C. Carlson is **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation (Doc. 12) are **OVERRULED**;

(3) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**;

(4) The Clerk of Court is directed to **CLOSE** this case, and to **FORWARD** a copy of this Memorandum and Order to the Magistrate Judge; and

(5) Based on the Court's conclusions herein, there is no basis for the issuance of a certificate of appealability.

s/ Edwin M. Kosik
Edwin M. Kosik
United States District Judge